UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BARBARA WINCHELL,

                                  Plaintiff,

-against-                                   **Civil Case No.**     1:14-cv-00821
                                                                                                     DNH-CFH

THE COUNTY OF WASHINGTON,

                                  Defendant.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff and Defendant in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Dec 19, 2014                  Dated: September 24, 2014

BRENNAN & WHITE, LLP              LEMIRE, JOHNSON & HIGGINS, LLC

By: _____           By: _____
    Daniel J. Stewart                                Gregg T. Johnson
    Bar Roll No. _____                   Bar Roll No.: 506443
    Attorneys for Plaintiff                      Attorneys for Defendant
    163 Haviland Road                        2534 Route 9 – P.O. Box 2485
    Queensbury, New York 12804         Malta, New York 12020
    Tel: 518-793-3424                         Tel: 518-899-5700
    Email: danielstewart@albany.twcbc.com    Email: gtj@lemirejohnsonlaw.com

**SO ORDERED:** _____      December 29, 2014
                                David N. Hurd
                              United States District Judge